UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

NATALIA JUSCINSKA,                  :
                                          :

                Plaintiff,        :
                                          :          20-CV-8706 (JPC)

      -v-                  :
                                          :           <u>ORDER</u>

HYATT HOTELS CORPORATION,     :
                                          :

                Defendant.     :
                                          :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiff filed her Complaint on October 19, 2020.  (Dkt. 1.)  On December 10, 2020,

Plaintiff filed a letter notifying the Court that the parties had settled the case, and requesting a 30-

day stay of all deadlines and conferences to allow the parties to finalize their settlement agreement

and file a stipulation of dismissal.  (Dkt. 8.)  That day, the Court adjourned all deadlines and

conference in this case *sine die*, and ordered the parties to file a joint letter regarding the status of

settlement discussions by January 15, 2021, unless the parties filed a stipulation of discontinuance,

voluntary dismissal, or other proof of termination prior to that date.  (Dkt. 9.)  The parties have not

filed the joint letter, nor have they otherwise terminated this case.  It is hereby ORDERED that by

February 3, 2021, the parties shall file either a stipulation of dismissal or the joint letter required by

the Court's December 10, 2020 Order.

       SO ORDERED.

Dated: January 29, 2021
      New York, New York                                
                                                JOHN P. CRONAN
                                     United States District Judge