

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF ONLY

February 3, 2021

U.S. District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

   Re: *Juscinska v. Hyatt Hotels, et al*, **Case No. 20-cv-08706-JPC**

Dear District Judge Cronan:

  This firm represents Plaintiff Natalia Juscinska in the above-referenced matter. We write jointly with Defendant Hyatt Hotels Corporation as per the Court's Orders dated December 10, 2020 and January 29, 2021, to advise the Court of the status of settlement discussions. (ECF Nos. 9-10.) Following the filing of the notice of settlement on December 10, 2020, the parties have agreed to the terms of a settlement, but require additional time to complete certain conditions precedent to the filing of a stipulation of dismissal with prejudice. The parties expect to file a stipulation of dismissal with prejudice within the next thirty (30) days, on or before March 5, 2021.

  We respectfully submit this letter in good faith and not to cause undue delay. We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            BASHIAN & PAPANTONIOU, P.C.
            */s/ Erik M. Bashian*
            _____
            Erik M. Bashian, Esq.

cc: Samuel Sverdlov, Esq. (*via Email*)
   Minh N. Vu, Esq. (*via Email*)

It is hereby ORDERED that if the parties have not filed a stipulation of dismissal by March 5, 2021, they must file a letter regarding the status of settlement discussions by that date.

SO ORDERED.

Date: February 3, 2021
     New York, New York

            _____
            JOHN P. CRONAN
            United States District Judge